1
LAWRENCE BREWSTER, Regional Solicitor
DANIELLE L. JABERG, Counsel for ERISA
California State Bar No. 256653
2
NORMAN E. GARCIA, Senior Trial Attorney
California State Bar No. 215626, garcia.norman@dol.gov
3
United States Department of Labor
Office of the Solicitor
4
90 7th Street, Suite 3-700
San Francisco, California 94103
5
Telephone: (415) 625-7747
Facsimile: (415) 625-7772

6
Attorneys for Hilda L. Solis, Secretary of Labor,
United States Department of Labor, Plaintiff
7

8               UNITED STATES DISTRICT COURT FOR THE

9                 EASTERN DISTRICT OF CALIFORNIA

10  HILDA L. SOLIS, Secretary of Labor,  )  Case No.: 2:10-cv-02347-MCE-DAD
    United States Department of Labor,   )
11                                       )
                    Plaintiff,           )  **MODIFICATION OF THE APRIL
12          v.                           )  14, 2011 CONSENT JUDGMENT
                                         )  & ORDER**
13  D.L. SILVA, INC., dba CUSTOM         )
14  AIR, fdba, SUNSET HOME AND           )
    HEARTH, a corporation;              )
15  DENNETTE DORES, an individual;       )
    DANIEL SILVA, an individual;         )
16  ESTATE OF DENNIS L. SILVA,           )
    probate estate of an individual; the )
17  CUSTOM AIR EMPLOYEE                   )
    BENEFIT TRUST, an employee           )
18  health benefit plan.                 )
                                         )
19                  Defendants.

20

21       Plaintiff, HILDA L. SOLIS, Secretary of Labor, United States Department of

22  Labor and Defendants D.L. SILVA, INC. dba CUSTOM AIR, fdba SUNSET HOME

23  AND HEARTH, a corporation ("Custom Air"); DENNETTE DORES ("Dores"), an

24  individual; DANIEL SILVA ("Silva"), an individual; ESTATE OF DENNIS L. SILVA,

25  probate estate of an individual ("the Estate"); the CUSTOM AIR EMPLOYEE

1  BENEFIT TRUST, an employee health benefit plan ("the Plan") (collectively, "the

2  Defendants") respectfully request this Court to Modify the Consent Judgment and Order

3  that it approved on April 14, 2011 as listed below:

4

5  IT IS HEREBY **ORDERED**, **ADJUDGED**, and **DECREED** that the April 14, 2011

6  Consent Judgment and Order shall be modified as follows:

7

8  1.      GTrust at 900 S. Kansas Ave., Topeka, Kansas, 66612 replaces Stephen Page as

   the Independent Fiduciary in Paragraphs 5, 6, and 8 of the April 14, 2011 Consent

9  Judgment.

10

11      The Court directs the entry of this Modification to the April 14, 2011 Consent

12  Judgment & Order as a final order.

13  IT IS SO ORDERED.

14

15  Dated:  May 3, 2011

16

17  _____
        MORRISON C. ENGLAND, JR
18      UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

1    Entry of this Consent Judgment & Order is hereby consented to:

2

3

4    Dated:  May 2, 2011                    M. PATRICIA SMITH
                                            Solicitor of Labor
5

6                                           LAWRENCE BREWSTER
                                            Regional Solicitor
7

8                                           DANIELLE L. JABERG
                                            Counsel for ERISA
9

10

11                                          By: /s/ Norman E. Garcia
                                                NORMAN E. GARCIA
12                                              Senior Trial Attorney

13                                          Attorneys for HILDA L. SOLIS,
                                            Secretary of Labor,
14                                          United States Department of Labor

15

16   Dated: May 2, 2011                      /s/ Nickolas D. Yanano
                                            NICKOLAS D. YANANO
17                                          Warda & Yonano LLP
                                            2350 W. Monte Vista Ave.
18                                          Turlock, CA  95382
                                            (209) 667-1809
19

20

21                                          Attorney for Defendants

22

23

24

25

26

27